ACCEPTED
03-13-00855-CV
6622215
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 1:47:53 PM
JEFFREY D. KYLE
CLERK

# greg white

## texas appellate lawyer

August 24, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/24/2015 1:47:53 PM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Clerk, Third Court of Appeals
PO Box 12547
Austin, Texas 78711-2547

In Re: No. 03-13-00855-CV; *Kenneth Lobell v. Capital Transport, LLC*

Dear Mr. Kyle:

On August 19th, your office sent a letter notifying the parties of oral argument on October 22, 2015 at 9:00 a.m. in Belton, Texas. I am writing in response to that letter.

I will present argument on behalf of the Appellee, Captial Transport LLC at the appointed time.

Please let me know if anything else is needed.

Sincerely,


Greg White

**Address:**

4300 West Waco Drive
Suite B2-283
Waco, Texas 76710

**Phone + Fax:**

o: 254.307.0097
c: 254.717.5728
f: 866.521.5569

www.texapplaw.com

